**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LYDIA GONZALEZ DIAZ, et al.,

                              Plaintiffs,

              -against-                                      22 **CIVIL** 2051 (LAP)

                                                                       **JUDGMENT**

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
et al.,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 21, 2023, Defendants' motions to dismiss for lack of subject matter jurisdiction are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        February 21, 2023

                                            **RUBY J. KRAJICK**

                                    _____
                                          **Clerk of Court**

               **BY:**             K. Mango

                                    _____
                                          **Deputy Clerk**